Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Civil Division

|  |  |
|---|---|
| Edward Laudat )<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>Craig B. Broder<br>Alberto Negron Nieves<br>Clarence T. Eide<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No.   6:23-cv-645-CEM-RMN<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes  ☒ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Edward Laudat |
| Address | 125 Merritt Island Causeway #107-111 |
| | Merritt Island, FL 32952 |
| | *City*   *State*   *Zip Code* |
| County | Brevard |
| Telephone Number | 321-732-4509 |
| E-Mail Address | muffy2999@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Craig B. Broder |
| Job or Title *(if known)* | Police Officer |
| Address | 1250 W South St |
| | Orlando, FL 32805 |
| | *City*   *State*   *Zip Code* |
| County | Orange |
| Telephone Number | 321-235-5300 |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Alberto Negron Nieves |
| Job or Title *(if known)* | Police Sergeant |
| Address | 1250 W South St |
| | Orlando, FL 32805 |
| | *City*   *State*   *Zip Code* |
| County | Orange |
| Telephone Number | 321-235-5300 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity   ☒ Official capacity

Defendant No. 3
Name: Clarence T. Eide
Job or Title *(if known)*: Police Officer
Address: 1250 W South St
City: Orlando   State: FL   Zip Code: 32805
County: Orange
Telephone Number: 321-235-5300
E-Mail Address *(if known)*:

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name:
Job or Title *(if known)*:
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False arrest based on the 4th Amendment. The right to have an attorney present during questioning based on the 6th Amendment, The right to remain silent under the 5th amendment. Due process under the 14th amendment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

    See attached

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?
          Valencia College Building 10 parking lot

    B.    What date and approximate time did the events giving rise to your claim(s) occur?
          April 8th, 2021 at 11am

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

See attached

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

No less than $3.2 Million in punitive damages as the defendant's conduct is shown to involve reckless indifference to the federally protected rights of others.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   April 7th, 2023

Signature of Plaintiff   *Eddy Laudat*
Printed Name of Plaintiff   Edward Laudat

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

|  |  |
|---|---|
| Name of Law Firm | _____ |
| Address | _____ |
|  | _____ _____ _____ |
|  | *City*  *State*  *Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

## II. D

The officers acted under color of law as they arrested the plaintiff even though no crime was committed.

## III. C

The three defendants Craig B. Broder, Alberto Negron Nieves, and Clarence T. Eide conspired against the plaintiff Edward Laudat and although no crime was committed, they arrested Edward Laudat and had him jailed. The officers had Edward Laudat arrested on a defective affidavit as officer Craig Broder did not state the true facts in his report. The officer Broder did not note in his report the sign's blocking off the street had been moved back out of plain view, and when the cars make a turn on the blocked off street the officers spring out to issue an illegal citation. When an officer from the executive branch of government issues a summons/citation and signs it in place of a judicial officer it is a violation of the "Separation Clause" in the Constitution. The code the officer claimed was violated is not a valid law. Florida state constitution mandate for something to be a valid law it must have 3 elements.

    a. an enacting clause b. a title and c. a body.

This appears to be a **citation trap** officers use to harass black drivers. the officer's report shows the driver, Edward Laudat, invoked his 4th, 5th amendments and Miranda rights which angered the officer, and that's why the driver was arrested and treated like a black criminal.